Entered on Docket
November 08, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed November 8, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re )
   ROBERTO RODRIGUEZ LOPEZ, ) Case No. 13-42359
   MARIA REYNA RODRIGUEZ, ) Chapter 13
                         Debtors. )
_____ )

**MEMORANDUM REGARDING FAILURE TO FILE PROOF OF DISGORGEMENT**

On October 23, 2013, a hearing was held pursuant to the Court's Second Order to Show Cause regarding failure to disgorge fees. Denise M. Zingale appeared as respondent to that Order.

At the hearing, Ms. Zingale evinced a present intent and ability to disgorge the fees. The Court indicated that it would discharge its Order to Show Cause if counsel provided within five (5) days proof of payment of the disgorgement amount ($519.00) to the debtors in the above-captioned case. At this time, such proof has not been provided. The Order to Show Cause remains in effect. Based on the foregoing,

Ms. Zingale will docket the proof of disgorgement within three (3) days of entry of this memorandum.

**\*\*END OF MEMORANDUM\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Denise M. Zingale<br>Capital Law Offices |
| 3 | 1262 E Hamilton Ave. #F<br>Campbell, CA 95008 |
| 4 | |
| 5 | Roberto Rodriguez Lopez<br>Maria Reyna Rodriguez |
| 6 | 2509 26th Ave.<br>Oakland, CA 94601 |
| 7 | Martha G. Bronitsky<br>P.O. Box 9077 |
| 8 | Pleasanton, CA 94566 |